In the Matter of ROBERT J. ROONEY, Respondent, against WILLIAM G. RICE et al., Constituting the New York State Civil Service Commission, Respondents; JAMES C. QUINN et al., Constituting the New York City Alcoholic Beverage Control Board, Appellants, and LOUIS FISHER et al., Interveners, Appellants, Impleaded with Another.

Submitted March 15, 1937; decided March 16, 1937.

*Emanuel Thebner* for motion.

*James C. Quinn, Albert de Roode* and *William I. Cohen* opposed.

Motion to dismiss appeal of James C. Quinn, chairman and others, constituting the New York City Alcoholic Beverage Control Board, denied, with ten dollars costs.

Motion to dismiss appeal of Louis Fisher and another, interveners, granted and appeal dismissed, with costs and ten dollars costs of motion, unless said appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.